# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

_[Enter the full name of the plaintiff in this action]_
**George Gregory Geib II**

v.

**Sheriff John Skipper**
**Major Garry L. Bryant**
**Captain A. Jones**
**Lt D. Hankins  Lt. W.T. Vaughn**
**Sgt J. Thompson**

_Enter above the full name of defendant(s) in this action_

Civil Action No. _____

(to be assigned by Clerk)

**COMPLAINT**
**State Prisoner**

2015 NOV 18 PM 12:07 RECEIVED USDC CLERK, COLUMBIA, SC

I. **PREVIOUS LAWSUITS**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?    Yes_____    No __✓__

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

   1. Parties to this previous lawsuit:

      Plaintiff: _____

      Defendant(s): _____

   2. Court: _____
      _(If federal court, name the district; if state court, name the county)_

   3. Docket Number: _____

   4. Name(s) of Judge(s) to whom case was assigned: _____

   5. Disposition: _____
      _(For example, was the case dismissed? Appealed? Pending?)_

   6. Approximate date of filing lawsuit: _____

   7. Approximate date of disposition: _____

Complaint - State Prisoner
Revised May 9, 2013

II. PLACE OF PRESENT CONFINEMENT

A. Name of Prison/Jail/Institution: Anderson County Detention Center

B. What are the issues that you are attempting to litigate in the above-captioned case? Violating Inmates Rights and Constitional Rights mental Stress/mental angist

C. (1) Is there a prisoner grievance procedure in this institution? Yes ✓ No ____

(2) Did you file a grievance concerning the claims you are raising in this matter? Yes ✓ No ____

When From June and So on Grievance Number (if available) unknuwn/I aint got no copys

D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (i.e., your grievance)? Yes ✓ No ____

E. When was the final agency/departmental/institutional answer or determination received by you? ___

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities? Yes ____ No ____

G. If your answer is YES:

1. What steps did you take? ____

2. What was the result? ____

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A. Name of Plaintiff: George Gregory Geih II   Inmate No.: 2933
Address: 1009 David Lee coffee Place, Anderson, SC 29625

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: John Skipper   Position: Sheriff
Place of Employment: Anderson County Sheriff office, 305 Camson Rd Anderson SC 29

C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):

Major Garry Bryant, Captain A Jones
Lt. Hankins Lt. W.T Vaughn,
Sgt. J Thompson (officers of the Anderson County Detention Center

Complaint - State Prisoner
Revised May 9, 2013

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

I'm a mental Ill, mentally Handicap Inmate, who's Also BI-Polar who's Is currently Incarcerated at the Anderson county Detention center. And these Detention officers Violated my Inmates Right and Constitonal Rights And the Reason that I went Put Sheriff John Skipper In this, Because he is the one who hired these Detention officers and Major Garry Bryant, Is the Anderson county Detention Center Administrator. that Be allowing these Detention officers to Be violating my and other Inmate Right and Constitional Rights, matter of Fact, Major Bryant and Shleriff John Skipper Be Incouraging Their Detention officers to violate or try to take away my and other Inmate Rights and Constional Right. They think that Just Because we Inmate that Are lock up In Jail that aint got no Rights, The Rights that me and other Inmates are Intitled to have By law, But to these Detention officers, They think the Inmates Rights and constitional Rights is suppose to Be a Privilege to me and other Inmates, not to Be our god given Right, according to them, that If we want our Right that we are Intitled To, by them we have to

IV. STATEMENT OF CLAIM - continued.

earn them. My and other Inmate Rights these Detention officers Be violating is, Refusing to give us outdoor Recreation, most of the time that me and other inmates don't get no outdoor Recreation at all when me and other Inmate does get Recreation The only give me and other inmates 30 minute Instead of an Hour like we our Intitled to. In lock up that me and other Inmates don't get no outdoor Recreation at all, they Just only me and other Inmates come out in the day area In lock up to Shower and use the Phone for and Hour, and according to the c/os they considered that to Be Recreation, But they never let me and other Inmates to go outside for Recreation. I know that the Detention officers are Suppose to give Inmates one Hour of outdoor Recreation Per day as long the Weather Permitted. And If the Inmate want it. They Have also Been Denining and Refusing my and lots of other Inmates their Rights to have access to Reading materials Especially to me and other Inmates that our in lock up. And the officers thank That Have access to Book and other Reading materials is a Privilege and not a Right and the ones does have access to Books and Reading materials Is the ones In general

Complaint - State Prisoner
Revised May 9, 2013

opulation. Captain Jones Has Ban me and other nmates from using the kiosk for a week and nish us for filed to many grievances on the iosk. Plus, Captain Jones and her officers Has Been nish me and other Inmates Just for Exerzing ur Inmates Right and our constitional Rights. aptain Jones Has Denined me and othe Inmates have access to the law library, she said that he only way that we can have access to the aw library is If the inmates has a civil suit. But he wont let us Inmates to look up on the aws 'on' the charges that the Inmates are facing igainst. Then again I have also heard that his Jail does not have a law library. But I Don't know If It true or not. I have filed Bunches of grievances on the kiosk and I have also ask captain Jones Bunches of time in the kiosk too, to let me get copie of all the grievances that I have filed, and every ime that I did ask for copies, she always Denined me and Refuse me to get copie of them. That why I would not Be able to send the court any grievances that I have filed like I wanted to, Sorry. It would look like the court is gonna have to make Captain Jones to give me all the copies of all the grievances that I have filed.

so, That way I can Send them copies of the Grievances that I Filed to court, the other day, I had an Attorney visit with my Public Defender, After I went into the Room I went and shut the door all the way, Before I sat down and started to talk to my Public Defender about my case, And while I was in there talking about my case with my Public Defender, I have noticed that Lt. P. Hankins was stand there at the doorway with the door cracked and easedropping the whole Entire time that when me and my Public Defender was in there talking about my case, I have asked Captain Jones to give me a canteen transation Reciept for the last 6 month to show Proof that I have Been Indigent the whole entire time that I Been Incarcerated, But Captain Jones Has failed and Refuse to give a copy of that, Sorry, I Really wish I could give that to the court also,

V.  RELIEF

*State briefly and exactly what you want the court to do for you.*

I would like to Be Released from Jail and I would like to either settle this In Court or out of Court, Along with mental angish and Mental Stress that the Detention officers has caused apon me for violated my Inmates Rights, Human Rights, and my Constitional Rights. And I Would Also like to settle for the max amount of money that I can get out of this.
                                Thanks

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __12__ day of __November__, 20__15__.

*Signature of Plaintiff*

Complaint - State Prisoner
Revised May 9, 2013